## T. Allen Beall, Appellee, v. Thomas L. Jones et al. A. M. Earel and A. M. Honeywell, Appellants.

### Gen. No. 23,614.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded with directions. Opinion filed May 15, 1918. Rehearing denied May 29, 1918.

### Statement of the Case.

Bill for an accounting under a contract and for the removal of the trustee therein named by T. Allen Beall, complainant, against Thomas L. Jones, Alfred H. Trego, A. M. Earel and A. M. Honeywell, defendants. From a decree confirming a master's report wherein complainant was given and defendants were denied credit for amounts expended prior to the execution of the contract, defendants Earel and Honeywell appeal.

DYER & DYER, DOW & CUMMINGS and J. B. WALLBRIDGE, for appellants.

CHARLES HUDSON, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. ACCOUNT, § 49*—*when decree for accounting is inequitable.* Decree on a bill for an accounting under a contract which allows complainant and denies defendants credit for amounts expended before the execution of the contract, *held* inequitable.

2. CONTRACTS, § 53*—*when shown that signatures of additional persons to contract were necessary.* On a bill for an accounting

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

under a contract, evidence *held* not to support a finding that the contract was to become effective from its date but to show the intention of the parties to have been that it should not be binding until additional persons executed it and that it was not executed by such additional persons.

3. CONTRACTS, § 53*—*when contract not binding.* Where a contract is not to become binding until executed by additional persons and such persons do not execute it, the contract does not become effective.

4. COSTS, § 79*—*when may be apportioned.* On an appeal in a chancery proceeding the Appellate Court may apportion the costs.